IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL ANTHONY GILMORE,

       Plaintiff,

v.                                                                                                              4:05cv355-WS

BARRY GROVES, et al.,

       Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed November 16, 2005. The magistrate judge recommends that the plaintiff's amended complaint be dismissed as frivolous and for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's amended complaint, and this action, are DISMISSED as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

3.  The clerk shall enter judgment accordingly and shall note on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this December 21, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE